UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP MYLES VIVIAN,

Plaintiff,

v.

DAO VANG, *et al.*,

Defendants.

Case No.  2:26-cv-1866-JDP (P)

ORDER; FINDINGS AND
RECOMMENDATIONS

Plaintiff, a state prisoner, brings this action alleging that defendants violated her rights when they discriminated against her and sexually harassed her.[1]  Before this action can proceed, however, the matter of the filing fee must be settled.  Plaintiff has moved to proceed *in forma pauperis* ("IFP"), ECF No. 2, but she does not appear to be eligible, insofar as her trust fund accounts statement indicates that, as of May 28, 2026, she has nearly twenty-six hundred dollars in her account.  ECF No. 6 at 2.  Thus, she has enough to cover the filing fee.  The calculus would differ if she were not incarcerated and, therefore, responsible for covering the costs of daily life.  *See, e.g., Saylor v. Allison*, No. 1:21-cv-01284-HBK (PC), 2012 U.S. Dist. LEXIS 162922, * 2-4 (E.D. Cal. Aug. 27, 2021).  Being incarcerated, however, she is not responsible for housing or

---

[1] Plaintiff states that she is a transgender woman and, thus, I will refer to her using "she/her" pronouns.  ECF No. 1 at 8.

1

food costs.  Thus, I recommend that her application to proceed *in forma pauperis* be denied, and she be directed to tender the full filing fee within twenty-one days of any order adopting these findings and recommendations.

Accordingly, it is ORDERED that the Clerk of Court shall assign a district judge to this action.

Further, it is RECOMMENDED that plaintiff's application to proceed *in forma pauperis*, ECF No. 2, be DENIED and plaintiff be directed to tender the full filing fee within twenty-one days of any order adopting these recommendations.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   July 6, 2026                          _____
                                               JEREMY D. PETERSON
                                               UNITED STATES MAGISTRATE JUDGE